DISTRICT COURT BOULDER COUNTY
1777 6TH Street
Boulder, CO 80306

DATE FILED: August 25, 2015 2:20 PM
FILING ID: 926A744D63CB3
CASE NUMBER: 2015CV30974

| | |
|---|---|
| **Plaintiff(s):** | **LINDA PARNES** |
| **Defendant(s)** | **SAFECO INSURANCE COMPANY OF AMERICA** |

^COURT USE ONLY^

James J. Peters
1610 Gaylord Street
Denver, CO 80206
(303) 504-4737 phone
(303) 388-3219 fax
Registration No.: 15195

Case No.:

Division:

## COMPLAINT

The Plaintiff, Linda Parnes, by and through her attorney, the Law Offices of James J. Peters, hereby submits her Complaint against the Defendant, SafeCo Insurance Company of America ("Safeco"), as follows:

### I.     General Allegations

1.  The Plaintiff, Linda Parnes, resides at 1450 Clemson Drive, Longmont, CO 80503.

2.  The Defendant, Safeco Insurance Company of America is a New Hampshire corporation doing business in the State of Colorado with a registered agent located at 1560 Broadway, Denver, CO 80202.

3.  On February 8th, 2014, the tortfeasor, Jennifer Davis, was travelling eastbound on 9th Avenue, approaching Spencer St. in Longmont, Colorado, when she rear ended a motor vehicle driven by Plaintiff, Linda Parnes.

4.  The force of this automobile collision caused Plaintiff's motor vehicle to collide with the motor vehicle directly in front of her driven by third party, Diane Hill.

5.  Both Ms. Parnes' motor vehicle and Ms. Hill's motor vehicle had been stopped for traffic at the time of this automobile collision.

6.  This automobile collision was investigated by Officer Steve Sisson of the Longmont Police Department.

7.  Officer Sisson, following his investigation of this automobile collision determined the cause of this incident was the careless driving of the tortfeasor, Jennifer Davis.



EXHIBIT
A

8.  Officer Sisson further noted extreme damage to the rear end of Plaintiff's motor vehicle and moderate damage to the front end of Plaintiff's vehicle.

9.  The tortfeasor informed Officer Sisson she had been adjusting her side mirror at the time of this incident and when she looked up it was too late to avoid this automobile collision

10. The negligence of the tortfeasor, Jennifer Davis caused the incident which resulted in the injuries, damages and losses to the Plaintiff.

11. During all relevant time periods, Plaintiff had automobile insurance coverage with the Defendant, Safeco which provided UM/UIM coverage.

12. Plaintiff has settled her claims with Third Party tortfeasor, Jennifer Davis for Ms. Davis' policy limits.

13. Plaintiff received authority to settle with Ms. Davis and her insurance carrier, Foremost Insurance Company from the Defendant, Safeco.

14. Plaintiff has made a demand for UIM benefits from the Defendant, Safeco.

15. Defendant, Safeco has failed and refused to pay Plaintiff UIM benefits.

16. Defendant, Safeco has breached its contract of insurance with Plaintiff by denying the underinsured motorist benefits to which Plaintiff is entitled under the contract.

17. Plaintiff has incurred injuries, damages, and losses as a result of Defendant, Safeco's breach of contract.

18. The damages sought by the Plaintiff are in excess of County Court jurisdictional limits therefore; jurisdiction is appropriate in District Court.

19. Venue is appropriate in Boulder County since the incident which is the subject matter of this lawsuit occurred in Boulder County, Colorado.

### FIRST CLAIM FOR RELIEF
### DECLARATORY RELIEF AGAINST DEFENDANT, SAFECO
### C.R.C.P. 57 and C.R.S. § 13-51-101 et. seq.

20. Plaintiff  incorporates by reference each paragraph of this Complaint.

21. Pursuant to C.R.C.P. 57, Plaintiff requests this Court to determine his rights under the Underinsured Motorist coverage in the contract of insurance referenced above, and to find that the UIM benefits are due and payable.

### SECOND CLAIM FOR RELIEF
### BREACH OF CONTRACT CLAIM AGAINST DEFENDANT, SAFECO
### C.J.I. Civ. 4TH Ed. § 30:1

22. Plaintiff incorporates by reference each paragraph of this Complaint.

23. Plaintiff had an express contract with Defendant, Safeco, to provide them with Unisured/Underinsured motorist benefits, for injuries they suffered due to negligence of an uninsured or underinsured motorist.

24. Defendant, Safeco, has breached its contract of insurance with Plaintiffs by denying the underinsured motorist benefits to which Plaintiffs are entitled under the contract.

25. Plaintiff has incurred injuries, damages, and losses as a result of Defendant, Safeco's breach of contract.

## THIRD CLAIM FOR RELIEF
## BAD FAITH BREACH OF INSURANCE CONTACT
### C.J.I. Civ. 4th Ed. §§ 25:2 and 25:4

26. Plaintiff incorporates by reference each paragraph of this Complaint

27. Pursuant to Colorado insurance law, Defendant, Safeco owes Plaintiff a duty of good faith and fair dealing, which duty is breached if the Defendant, Safeco delays or denies payment of its insurance coverage without a reasonable basis for its delay or denial.

28. Pursuant to standards of Colorado insurance law. The Defendant, Safeco violates its obligation of good faith and fair dealing if it engages in certain enumerated "Unfair claims settlement practices" as specified in C.R.S. § 10-3-1104(1)(h), including but not limited to the following conduct:

    a.    Refusing to pay claims without conducting a reasonable investigation based upon all available information;

    b.    Not attempting in good faith to effectuate prompt, fair, and equitable settlements of claims in which liability has become reasonably clear;

    c.    Compelling insured's to institute litigation to recover amounts due under an insurance policy by offering substantially less than the amounts ultimately recovered in actions brought by such insured's;

    d.    Failing to promptly provide a reasonable explanation of the basis in the insurance policy in relation to the facts or applicable law for denial of a claim or for the offer of a compromise settlement.

29. Defendant, Safeco's conduct as described herein constitutes a willful violation of one or more of the above enumerated unfair claims settlement practices and otherwise constitutes a breach of the standard of care by which the Defendant, Safeco's obligation of good faith and fair dealing is to be determined pursuant to Colorado insurance law.

30. Plaintiffs suffered injuries, damages and losses as a result of Defendant's conduct as described above.

**WHEREFORE**, the Plaintiff respectfully requests:

a.  A trial to a jury of six (6) persons on all issues so triable.

b.  Judgment to be entered against Safeco in favor of Plaintiffs for a monetary sum, in an amount to be proven at trial;

c.  Pre-judgment and post judgment interest;

d.  Attorney fees be awarded against Safeco and in favor of Plaintiff;

e.  Costs of litigation, including expert witness fees;

f.  Remedies for unreasonable delay or denial of benefits set forth by C.R.S. 10-3-1116 and C.R.S. 10-3-1115;

g.  Double Damages; and

h.  Such other and further relief as the Court deems just and proper

Dated this 18th day of August, 2015.

*A duly signed original is kept on file at*
*The Law Offices of James J. Peters*
*/s/James J. Peters, Esq.*

**Plaintiff's Address:**
1450 Clemson Drive
Longmont, CO 80503