IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01947-DME-MEH

LINDA PARNES,

    Plaintiff,

v.

SAFECO INSURANCE COMPANY OF AMERICA,

    Defendant.

---

## MINUTE ORDER
---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 8, 2016**.

    Plaintiff's Unopposed Motion to Bifurcate Plaintiff's Bad Faith Claims [filed March 2, 2016; docket #32] is **denied** for failure to demonstrate good cause (or any cause) and failure to support the motion with a recitation of legal authority. *See* D.C. Colo. LCivR 7.1(d).